Richard R. Hall (WY #6-4496)
Dorsey & Whitney LLP
101 South Capitol Boulevard Suite 1100
Boise, ID 83702
Phone: (208) 617-2550
Fax:     (208) 485-7703
hall.richard@dorsey.com

Elijah M. Watkins (*pro hac vice*)
Hailee Elledge (*pro hac vice*)
Dorsey & Whitney LLP
101 South Capitol Boulevard Suite 1100
Boise, ID 83702
Phone: (208) 617-2550
Fax:     (208) 485-7703
watkins.elijah@dorsey.com
elledge.hailee@dorsey.com

*Attorney for Defendant Change Healthcare Solutions, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NORTH LINCOLN COUNTY HOSPITAL DISTRICT D/B/A STAR VALLEY HEALTH, <br><br> Plaintiff, <br><br> vs. <br><br> CHANGE HEALTHCARE SOLUTIONS, LLC, <br><br> Defendant. | Case No. 2:25-cv-00228-SPK <br><br> **CHANGE HEALTHCARE SOLUTIONS, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT** |

Defendant Change Healthcare Solutions, LLC ("Defendant" or "CHC"), by and through its counsel of record, Dorsey & Whitney, LLP, pursuant to Federal Rules of Civil Procedure 12(b)(6) respectfully request that the Court grant its motion and dismiss Plaintiff North Lincoln County Hospital District d/b/a Star Valley Health's ("Plaintiff" or "Star Valley") complaint in its entirety. In the alternative, CHC respectfully request this Court grant its Motion for a More

1

Definite Statement pursuant to Federal Rule of Civil Procedure 12(e). This Motion is supported by the Memorandum in Support of Change Healthcare Solutions, LLC's Motion to Dismiss Complaint, or Alternatively, Motion for a More Definite Statement filed concurrently herewith.

DATED: November 26, 2025						Respectfully submitted,

							By: */s/ Elijah M. Watkins*
								Richard R. Hall, Bar #6-4496
								Elijah M. Watkins (*pro hac vice*)
								Hailee Elledge (*pro hac vice*)
								DORSEY & WHITNEY LLP
								101 South Capitol Boulevard Suite 1100
								Boise, ID 83702
								Phone: (208) 617-2550
								hall.richard@dorsey.com
								watkins.elijah@dorsey.com
								elledge.hailee@dorsey.com

								Attorneys for Defendant Change Healthcare Solutions, LLC

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 26th day of November 2025, I served a true and correct copy of the within and foregoing with the Clerk of the Court using CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Nicholas G J Healey           nick.healey@huschblackwell.com
Sarah Zimmerman (*pro hac vice*)       sararh.zimmerman@huschblackwell.com
*Attorneys for Plaintiff North Lincoln County Hospital District*
*d/b/a Star Valley Health*

                 */s/ Elijah M. Watkins*
                 Elijah M. Watkins